IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ABRAHAM LERICHE | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | NO. 18-1087 |
| DAVID ROGERS | : | |

## ORDER

**AND NOW**, this 18th day of September 2018, upon considering the Plaintiff's Notice of Settlement (ECF Doc. No. 11), it is **ORDERED**:

1. This action is **DISMISSED** under Federal Rule of Civil Procedure 41(a)(1); and,

2. The Clerk of Court shall **close** this case.

KEARNEY, J.